Matter of Looney Injury Law, PLLC v Cellino Law, LLP (2024 NY Slip Op 02449)

Matter of Looney Injury Law, PLLC v Cellino Law, LLP

2024 NY Slip Op 02449

Decided on May 3, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 3, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., CURRAN, BANNISTER, GREENWOOD, AND KEANE, JJ.

305 CA 23-00448

[*1]IN THE MATTER OF LOONEY INJURY LAW, PLLC, AND JOHN W. LOONEY, ESQ., PETITIONERS-RESPONDENTS,
v
CELLINO LAW, LLP, AND ROSS M. CELLINO, JR., ESQ., RESPONDENTS-APPELLANTS. 

CELLINO LAW LLP, BUFFALO (GREGORY V. PAJAK OF COUNSEL), FOR RESPONDENTS-APPELLANTS. 
ZDARSKY, SAWICKI & AGOSTINELLI LLP, BUFFALO (GERALD T. WALSH OF COUNSEL), FOR PETITIONERS-RESPONDENTS. 

 Appeal from an order of the Supreme Court, Niagara County (Frank A. Sedita, III, J.), entered March 2, 2023. The order apportioned certain legal fees. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on March 26, 2024,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: May 3, 2024
Ann Dillon Flynn
Clerk of the Court